# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BURBANK HOLDINGS, LLC,

    Petitioner,

v.

UNITED STATES OF AMERICA, *et al*.,

    Respondents.

Case No. 2:08-CV-01558-KJD-RJJ

**ORDER**

    Presently before the Court is the Report & Recommendation (#5) of Magistrate Judge Robert J. Johnston recommending that Petitioner's Motion to Quash Internal Revenue Third Party Summons (#1) be denied. Though the time for doing so has passed, no objections to the magistrate judge's order have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Report & Recommendation (#5) of the United States Magistrate Judge entered September 9, 2009, should be adopted and affirmed.

    IT IS THEREFORE ORDERED that the Report & Recommendation (#5) of the United States Magistrate Judge entered September 9, 2009, is **ADOPTED** and **AFFIRMED**;

////

////

1     IT IS THEREFORE ORDERED that Petitioner's Motion to Quash Internal Revenue Third
2 Party Summons (#1) is **DENIED without prejudice**.
3     DATED this 25TH day of September 2009.

                                                  _____
                                                  Kent J. Dawson
                                                  United States District Judge

2